# Memorandum

United States Attorney's Office
Eastern District of California



| Subject: | United States v. Kaymeisha Keyes<br>2:22-CR-174-JAM | Date: | February 7, 2024 |
|---|---|---|---|
| To: | Ms. M York<br>Courtroom Deputy to the Honorable John A. Mendez | From: | Denise N. Yasinow<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700<br>Fax: (916) 554-2900 |

    The parties request that the status conference in this matter set for February 13, 2024, be converted into a change-of-plea hearing.  The fully executed plea agreement will be filed forthwith.

    Please contact me with any questions or concerns.  Thank you.

DNY